UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

SHELIA JENKINS et al.,

    Plaintiffs,                                  DEMAND FOR JURY TRIAL

 -vs-                                          Case No. 24-11442
                                                 Hon. Laurie J. Michelson

BEST OF MICHIGAN AUTO SALES LLC,  et al.

    Defendants.

## STIPULATED ORDER DISMISSING ALL CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE

The parties to this stipulation agree that all claims against all Defendants should be dismissed with prejudice and without costs or attorneys fees.

Stipulated to by:

| By: s/ Adam G. Taub | By: s/Robert A. Novak |
|---|---|
| Adam G. Taub (P48703) | Robert A. Novak (P58044) |
| Attorney for Shelia Jenkins | for BEST OF MICHIGAN |
| 17200 West Ten Mile Rd, Ste 200 | AUTO SALES LLC |
| Southfield, MI 48075 | 30850 Telegraph Ste. 250 |
| (248) 746-3790 | Bingham Farms, MI 48025 |
| adamgtaub@clgplc.net | 248-593-0377 |
|  | robertanovak@yahoo.com |

1

By: s/Stephen W. King
    Stephen W. King (P56456)
     King & Associates PLLC
     for Credit Acceptance Corp.
     355 S. Old Woodward, Ste.
     100Birmingham, MI 48009
     248-792-2398
     sking@kingandmurray.com

Dated: November 20, 2024

**SO ORDERED**.


s/David R. Grand
Hon. David R. Grand


Entered at Detroit, Michigan, on November 21, 2024